MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor:  John Laurence Dailey

Chapter 7 Case No. 09-46732

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Northern States Power Co.. A MN Corp. | 1 | | $0.78 |

Date:  November 3, 2010

Trustee
Dwight R. J. Lindquist
1510 Rand Tower
Minneapolis, MN  55402
(612) 332-8871   #63538

RECEIVED 10 NOV -5 AM 9:29 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN